UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID REYES,

      Plaintiff,

v.

OFFICER SOTELO, et al.,

      Defendants.
                                  /

No. C 11-2747 YGR (PR)

**JUDGMENT**

Defendants' motion for summary judgment having been granted, judgment is hereby entered in favor of Defendants Sotelo and Luna as to all claims. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: July 10, 2013

                                            YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.11\Reyes2747.jud.ab.wpd